IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DONAL EDWARDS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:25-00264-KD-MU |
| | ) |
| **HEATH JACKSON,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge, (doc. 18), dated October 7, 2025 – made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72(a) – is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action be **DISMISSED without prejudice** and that the Motion to Address, (doc. 9), the second Motion to Address, (doc. 11), and the Motion to Inform and Add Defendant, (doc. 12), are **DENIED.**

**DONE** and **ORDERED** this the **2nd** day of **December** 2025.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**